UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CASSAUNDRA ELLENA,<br><br>　　　　Plaintiff,<br>v.<br>STANDARD INSURANCE CO.,<br>　　　　Defendant. | No. C 12-05401 SC (LB)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE AN OVERSIZED JOINT DISCOVERY DISPUTE LETTER BRIEF**<br><br>[Re: ECF No. 61] |

On November 13, 2013, Plaintiff's counsel mailed a letter to the court (cc'ing Defendant's counsel) in which he asks for permission to file an eight-page joint discovery dispute letter brief. The court filed the letter in the Electronic Case File ("ECF") the next day. Plaintiff's counsel says the additional three pages are necessary to address multiple discovery disputes in one letter. Under the circumstances, the court finds good cause to allow the parties to file an eight-page joint discovery dispute letter brief. In the future, to facilitate a ruling on such requests, the court would prefer that Plaintiff's counsel file letters to the court on ECF rather than mail them.

**IT IS SO ORDERED.**

Dated: November 14, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-05401 SC (LB)
ORDER