# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSAUNDRA ELLENA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STANDARD INSURANCE COMPANY, STANCORP FINANCIAL GROUP, THE CALIFORNIA DEPARTMENT OF INSURANCE, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, DOES ONE THROUGH DOE THIRTY-FIVE, INCLUSIVE,<br><br>　　　　Defendants. | Case No. C 12-05401 SC<br><br>[~~PROPOSED~~] **ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT FOR TRIAL**<br><br>Judge:　　Hon. Samuel Conti<br>Dept:　　1<br>Trial Date: February 3, 2014 |

WHEREAS, the trial in the above-captioned matter is scheduled to commence on February 3, 2014;

It is ORDERED that Defendant STANDARD INSURANCE COMPANY and its representatives be allowed to bring their computer monitors into the courthouse on or after February 3, 2014, and through the course of the trial.

**IT IS SO ORDERED.**

Dated: ___02/03/2014___　　　　　　 _____
　　　　　　　　　　　　　　　　　　 Hon. Samuel Conti
　　　　　　　　　　　　　　　　　　 United States District Judge

*[Signature and seal: Judge Samuel Conti]*

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

135456.1

Case No. C 12-05401 SC
[PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT FOR TRIAL