United States District Court

For the Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

CASSAUNDRA ELLENA,                                Case No.  12-05401 SC

7

           Plaintiff(s),

8

    v.                                           **ORDER TO FURNISH LUNCH**

9

STANDARD INS. CO.,

10
11

           Defendant(s).

_____/

12
13

    IT IS HEREBY ORDERED that the United States District Court shall furnish lunch for the

14

eight (8) members of the jury in the above-entitled matter during deliberations at the expense of the

15

United States.

16
17

    IT IS SO ORDERED.

18
19

Dated:  February 10, 2014

20

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28