IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSAUNDRA ELLENA, | Case No. 12-5401 SC |
| Plaintiff, | VERDICT |
| v. | |
| STANDARD INSURANCE COMPANY, et al. | |
| Defendants. | |

We unanimously find as follows:

**BREACH OF CONTRACT CLAIM**

**Question 1:** Has Ellena established by a preponderance of the evidence that, as of April 16, 2010 and continuing for a period of sixty days thereafter, as a result of physical disease, injury, pregnancy, or mental disorder, she was unable to perform the substantial and material duties of her own occupation in the usual and customary way with reasonable continuity?

Yes  X        No ___

*If you answered "Yes" to Question 1, answer Question 2. If you answered "No," have the foreperson sign, date, and return this verdict form.*

**Question 2:** What is the amount of the disability benefits that Standard failed to pay Ellena for the twenty-four month own occupation period -- June 16, 2010 through June 15, 2012 -- taking into account any Deductible Income that must be subtracted from the monthly benefit amount under the policy?

$ 46,207$^{16}$

*Proceed to question 3.*

**Question 3:** Has Ellena established by a preponderance of the evidence that, as of June 16, 2012, as a result of physical disease, injury, pregnancy, or mental disorder, she was unable to engage with reasonable continuity in any occupation in which she could reasonably be expected to perform satisfactorily in light of her age, education, training, experience, station in life, and physical and mental capacity?

Yes  X        No ___

*If you answered "Yes" to Question 3, answer Question 4. If you answered "No," skip to Question 5.*

**Question 4:** What is the amount of the disability benefits that Standard failed to pay Ellena for the period from June 16, 2012 to the present, which she was entitled to receive under the policy, taking into account any Deductible Income that must be subtracted from the monthly benefit amount under the policy?

$ 27,490.18

*Proceed to Question 5.*

///
///
///
///
///

**BAD FAITH/BREACH OF THE IMPLIED OBLIGATION OF GOOD FAITH AND FAIR DEALING**

**Question 5:** Has Ellena proven each and every element of her claim for bad faith by a preponderance of the evidence?

Yes  X        No ___

*If you answer "Yes" to Question 5, answer question 6. If you answered "No," have the foreperson sign, date, and return this verdict form.*

**Question 6:** What compensatory damages, if any, do you award Ellena in connection with her bad faith claim?

(a) Damages for mental suffering, anxiety, and emotional distress, if any:

$ 450,000.00

(b) Damages for the present value of future benefits (excluding damages awarded in connection with accrued benefits, i.e., excluding benefits awarded in response to Questions 2 and 4 above), if any:

$ 349,925.18

*Proceed to Question 7.*

4

**Question 7:** What punitive damages, if any, do you award Ellena in connection with her bad faith claim?

$  0

SO SAY WE ALL.

Dated: 2-12-2014

Signed: _____ Oscar Daly
Foreperson

United States District Court
For the Northern District of California