1

2               IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

| | |
|---|---|
| CASSAUNDRA ELLENA | CASE NO.: C-12-05401 SC |
| Plaintiff, | JUDGMENT |
| vs. | |
| STANDARD INSURANCE COMPANY et al | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the Court's

December 10, 2013 Order Granting in Part and Denying in Part Defendant Standard Insurance

Company's Motion for Summary Adjudication, Plaintiff Cassaundra Ellena's third, fourth, and

fifth asserted claims for relief alleging intentional misrepresentation, negligent

misrepresentation, and intentional infliction of emotional distress are dismissed with prejudice

and JUDGMENT shall be entered in favor of Defendant Standard Insurance Company on those

claims.  Furthermore, pursuant to the Court's December 10, 2013 Order Granting in Part and

Denying in Part Defendant Standard Insurance Company's Motion for Summary Adjudication,

the Court granted summary adjudication in favor of Defendant Standard Insurance Company and

against Plaintiff Cassaundra Ellena on her bad faith claim to the extent that the claim is

predicated on the theory that the Own Occupation definition of disability in the Standard

Insurance Company policy in this case is contrary to California law.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to

1

the February 12, 2014 verdict of the jury following trial in this matter, JUDGMENT shall be entered in favor of Plaintiff Cassaundra Ellena and against Defendant Standard Insurance Company as follows: on Plaintiff's claim for breach of contract in the total amount of $73,697.34, consisting of $46,207.16 in damages for the period June 16, 2010 through June 15, 2012 and $27,490.18 in damages for the period June 16, 2012 to present; on Plaintiff's claim for breach of the implied covenant of good faith and fair dealing in the total amount of $799,925.18, consisting of $450,000.00 in damages for mental suffering, anxiety, and emotional distress and $349,925.18 in damages for the present value of future long term disability benefits.

The jury found in favor of Defendant Standard Insurance Company and against Plaintiff Cassaundra Ellena on the issue of whether Defendant Standard Insurance Company is liable for punitive damages and awarded Zero Dollars ($0) in punitive damages.

In accordance with the jury's verdict, it is hereby ordered that judgment be entered in favor of Plaintiff Cassaundra Ellena and against Defendant Standard Insurance Company in the amount of $873,622.52 with respect to Plaintiff Cassaundra Ellena's claims for breach of contract and breach of the implied covenant of good faith and fair dealing, and in favor of Defendant Standard Insurance Company and against Plaintiff Cassaundra Ellena on her claim for punitive damages.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED:        February 25, 2014



Honorable
Judge United States District Court

Judge Samuel Conti

2