Bennett M. Cohen, Esq. (State Bar No. 98065)
Law Offices Of Bennett M. Cohen
1438 Market Street
San Francisco, California 94102
Telephone (415) 864-3246; Fax (415) 373-9365
Email: bennettmcohen@gmail.com

Stephen M. Murphy, Esq. (State Bar No. 103768)
Law Offices of Stephen M. Murphy
353 Sacramento St., Suite 1140
San Francisco, CA 94111
Phone: 415-986-1338; Fax: 415-986-1231
Email: smurphy@justice.com

Attorneys for PLAINTIFF CASSAUNDRA ELLENA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSAUNDRA ELLENA<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY et al<br><br>Defendants. | CASE NO.: C-12-05401 SC<br><br>**STIPULATION RE EXTENDING TIMES FOR FILING MOTION OF PLAINTIFF CASSAUNDRA ELLENA FOR ATTORNEYS FEES AND FOR RESPONSIVE PAPERS BY DEFENDANT STANDARD INSURANCE COMPANY**<br><br>[~~PROPOSED~~] ORDER |

1
CASE NO.: C-12-05401

STIPULATION RE EXTENDING TIMES FOR FILING MOTION OF PLAINTIFF CASSAUNDRA ELLENA FOR ATTORNEYS FEES AND FOR RESPONSIVE PAPERS BY DEFENDANT STANDARD INSURANCE COMPANY

**WHEREAS**, the motion of Plaintiff Cassaundra Ellena (hereafter "Ellena") for attorneys fees is due to be filed on Friday, March 14, 2014;

**WHEREAS,** pursuant to the Court's instructions on February 12, 2014, after the jury returned its verdict, defendant Standard Insurance Company's ("Standard") opposition to Ellena's motion for attorney's fees is due 30 days after Plaintiff's motion is filed;

**WHEREAS**, Ellena asserts that she needs additional time to complete the papers, including time sheets, memorandum of points and authorities and declarations;

**WHEREAS**, a meet and confer between the parties must occur before the filing of Ellena's motion for attorneys fees;

**IT IS HEREBY STIPULATED** that the date for filing of Ellena's motion for fees, currently scheduled for March 14, 2014, is extended one week to March 21, 2014; the date for filing of responsive papers by Standard Insurance Company, currently set for April 14, 2014, is extended to April 21, 2014.

Ellena intends to thereafter file a reply brief in conformity with Northern District Local Rule 7-3.

Dated:  March 12, 2014                    Law Offices of Bennett M. Cohen

                                          By:     /s/ Bennett M. Cohen
                                                Bennett M. Cohen
                                          Attorney for Plaintiff Cassaundra Ellena


Dated: March 12, 2014                     Meserve, Mumper & Hughes LLP
                                          By:     /s/ Allison Vana
                                                Allison Vana
                                          Attorneys for Defendant
                                          Standard Insurance Company

2
CASE NO.: C-12-05401

STIPULATION RE EXTENDING TIMES FOR FILING MOTION OF PLAINTIFF CASSAUNDRA ELLENA FOR ATTORNEYS FEES AND FOR RESPONSIVE PAPERS BY DEFENDANT STANDARD INSURANCE COMPANY

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the filing date for Ellena's motion for attorneys fees is extended to March 21, 2014 and the filing date for responsive papers by Standard Insurance Company is extended to April 21, 2014.

Dated:  March  12, 2014                    By: _____

United States District Court Judge

3

CASE NO.: C-12-05401

STIPULATION RE EXTENDING TIMES FOR FILING MOTION OF PLAINTIFF CASSAUNDRA ELLENA FOR ATTORNEYS FEES AND FOR RESPONSIVE PAPERS BY DEFENDANT STANDARD INSURANCE COMPANY